_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-1646-JST (MLGx)                                            Date:  February 14, 2012

Title:  PACIFIC WESTERN BANK, etc. v. SUNWEST BANK, etc., et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:              Attorneys Present for Defendant:

Not Present                                                      Not Present

**Proceedings:**     **(IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

On December 13, 2011, the Court set a scheduling conference for February 27, 2012, and ordered the parties to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 7 ¶ 1.)  The parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form and Order" [as of January 2012, an ADR-01 "Request: ADR Procedure Selection" Form and an ADR-12 "Referral/Order to ADR"] along with their Joint 26(f) Report.  (*Id.* ¶ 1(k).)  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report.  No later than **February 17, 2012,** counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 Form, and a separate written response explaining why they have failed to comply with the Court's filing deadlines.

Initials of Preparer:    ag

_____